Ferguson *v.* Earl.

WILLIAM I. FERGUSON vs. EDWARD J. EARL.

The statute of February 19, 1829, applies only to cases where the defendant voluntarily appears without process, and confesses judgment.

This was a certiorari, removing into this court a judgment obtained in the court for the trial of small causes. It appeared by the transcript of the justice, that the defendant having been arrested and brought into court by virtue of a warrant, confessed judgment. Whereupon, judgment was entered against him in favor of the plaintiff, without the production by the plaintiff, of an affidavit.

*E. B. D. Ogden*, moved to reverse the judgment for want of the affidavit directed by the first section of the act of February 19, 1829. *Pam. L.* 92 ; and cited, *Parker* v. *Griggs*, 1 *South.* 161.

*W. Pennington*, contra, cited, *Oliver* v. *Applegate*, 2 *South.* 479 ; *Elliott, et al* v. *Woodhull*, 7 *Halst.* 126.

By the Court. The statute applies only to cases, where the defendant voluntarily appears without process, and confesses judgment. This case is not within the statute.

Let the judgment be affirmed.